**Order entered March 4, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00724-CR

### MICHAEL LYNN ROGERS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00263-T**

## ORDER

Before the Court is appellant's February 27, 2019 first motion for extension of time to file his brief. We **GRANT** the motion to the extent we **ORDER** the brief due on or before April 4, 2019.

/s/    LANA MYERS
JUSTICE